No. 2660.—C. FLINT & JONES *v.* W. R. PECK.

An appeal will not be dismissed because the certificate of the clerk to the record is informal. Acts of 1866, No. 82, § 16, p. 154.

Where the original note sued on has not been offered in evidence, and the defendant s eks a new trial, the case will be remanded.

APPEAL from the Thirteenth District Court, parish of Madison. *Hough,* J.  *Thomas P. Clinton* and *Race, Foster & E. T. Merrick,* for plaintiff and appellee.  *Sparrow & Montgomery,* for defendant and appellant.

WYLY, J.  This is a suit on a promissory note, a copy of which was annexed to the petition and made part thereof.  The defense is the slave consideration of the note.  The plaintiff had judgment below for the amount claimed, and the defendant has appealed.

The motion to dismiss the appeal on the ground that the clerk's certificate to the transcript is not in due form, can not prevail.  If the certificate be informal the clerk should be required to correct it; the appeal ought not to be dismissed on that ground.  Acts 1866, No. 82.

In this case it would be useless to delay the decision for the clerk to correct the informality under the writ of *certiorari,* because we see in the record sufficient reasons, on other grounds, to remand the case.

From the note of evidence taken at the trial it does not appear that the original note was offered in evidence—it was not annexed to the petition; indeed the petition declares that a copy of the note was annexed to and made part of it.  We think justice requires this case to be remanded; the defendant seeks a new trial, and the plaintiff appears to have failed to offer the note in evidence.

Let the judgment be annulled, and let this case be remanded to be proceeded in according to law, appellee paying costs of appeal.